UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**FAIZUL KHAN**,

    Plaintiff,

**v.**

Case No. 6:19-cv-901-ORL-31-EJK

**UNITED STATES OF AMERICA,**

    Defendant.

_____/

## NOTICE OF SETTLEMENT

Pursuant to Local Rule 3.08, the parties notify the Court this action has settled. The parties will file a Rule 41 stipulation for dismissal upon execution of the settlement agreement.

Dated: February 7, 2020

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney

| | |
|---|---|
| */s/ Andrew Zachary Tapp, Esq.* | */s/ Scott H. Park* |
| ANDREW ZACHARY TAPP, ESQUIRE | SCOTT H. PARK |
| Florida Bar No.: 68002 | Assistant U. S. Attorney |
| Metropolitan Law Group, PLLC | USAO No. USA084 |
| 1971 West Lumsden Rd., #326 | 400 W. Wasington St., Suite 3100 |
| Brandon, Florida 33511-8820 | Orlando, Florida 32801 |
| Telephone: (813) 228-0658 | Telephone: (407) 648-7500 |
| Facsimile: (813) 330-3129 | Facsimile: (407) 648-7588 |
| Email: Andrew@Metropolitan.legal | Email:Scott.Partk@usdoj.gov |
| Attorney for Plaintiff | Attorney for Defendant |

1